# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25458–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary M. Lepore
aka Gary Lepore Sr., fka Gary M Lepore,
fka Gary M Lepore Sr.
228 Windsor Road
Wood Ridge, NJ 07075

Rose C Lepore
228 Windsor Road
Wood Ridge, NJ 07075

Social Security No.:
xxx–xx–1681

xxx–xx–9917

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 11, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 25 – 16
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/11/2019. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 11, 2019
JAN: car

Jeanne Naughton
Clerk

In re:                                                                    Case No. 19-25458-RG
Gary M. Lepore                                                            Chapter 13
Rose C Lepore
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Oct 11, 2019
                             Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         +Gary M. Lepore,    Rose C Lepore,    228 Windsor Road,    Wood Ridge, NJ 07075-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michelle  Labayen    on behalf of Debtor Gary M. Lepore michelle@labayenlaw.com,
           silvia@labayenlaw.com;giovanna@labayenlaw.com
          Michelle  Labayen    on behalf of Joint Debtor Rose C Lepore michelle@labayenlaw.com,
           silvia@labayenlaw.com;giovanna@labayenlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6