Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−25458−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gary M. Lepore | Rose C Lepore |
| aka Gary Lepore Sr., fka Gary M Lepore, | 228 Windsor Road |
| fka Gary M Lepore Sr. | Wood Ridge, NJ 07075 |
| 228 Windsor Road | |
| Wood Ridge, NJ 07075 | |

Social Security No.:
  xxx−xx−1681                                     xxx−xx−9917

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 13, 2020</u>          <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court